IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 07-032 JJF |
| JEFFREY C. WILLIAMS, | : | |
| Defendant. | : | |

### O R D E R

WHEREAS, a Memorandum of Plea Agreement has been filed in the above-captioned case (D.I. 1);

NOW THEREFORE, IT IS ORDERED that Defendant's Initial Appearance and Rule 11 hearing will be held on **Monday, April 16, 2007, at 3:00 p.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

March 29, 2007
DATE

_____
UNITED STATES DISTRICT JUDGE


FILED
MAR 29 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE