*Filed copy this 16th day of April, 2007*
*dlk*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 07-32 |
| JEFFREY C. WILLIAMS, | : | |
| Defendant. | : | |

## WAIVER OF INDICTMENT

1. JEFFREY C. WILLIAMS, the above named defendant, who is accused of violating Title 18, United States Code, Section 666(a)(1)(A), being advised of the nature of the charge and of his rights, hereby knowingly, voluntarily and intelligently waives prosecution by Indictment and consents that the proceeding may be by information instead of by Indictment.

2. The defendant understands that (a) unless he waives Indictment, he could not be charged with violating Title 18, United States Code, Section 666(a)(1)(A), unless the Grand Jury found probable cause to believe he committed this offense and returned an Indictment; (b) the Grand Jury is composed of at least sixteen, but not more than twenty-three lay persons, and at least twelve of those Grand Jurors must find probable cause to believe that the defendant committed the offense before an Indictment could be returned; and (c) by waiving Indictment, the Government will be proceeding by a document written by the United States Attorney and called an Information and the defendant will be prosecuted on that Information, rather than on an Indictment.

3. The defendant has read and reviewed with his counsel the charges in the Information, and is satisfied that his counsel has properly explained the charges and this Waiver to him.

4. No one has made the defendant any promises or threatened or forced the defendant to waive Indictment.

Date: 4/16/, 2007

_____
Jeffrey C. Williams, Defendant

Date: 4/16/, 2007

_____
Edmond D. Lyons, Esquire
Counsel for Defendant

FILED
APR 16 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE