AO83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF     **DELAWARE**

UNITED STATES OF AMERICA
V.
JEFFREY WILLIAMS

**SUMMONS IN A CRIMINAL CASE**

Case Number:    CR 07-32-JJF

NEWARK, DE 19702

(Name and Address of Defendant)



YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| **J. Caleb Boggs Federal Building**<br>**844 North King Street**<br>**Wilmington, Delaware 19801** | **Courtroom #4B, 4th Floor** |
| | Date and Time |
| Before:   Honorable Joseph J. Farnan, Jr., United States District Judge | **APRIL 16, 2007 AT 3:00 PM** |

**\*\* Please report to the U.S. Marshal's in Rm #100 by 2:00 PM**

To answer a(n)
☐ Indictment    x Information    ☐ Complaint    ☐ Violation Notice    ☐ Probation Violation Petition

Charging you with a violation of Title    18    United States Code, Section(s)    666(a) and (b)

Brief description of offense:

DEFRAUDING HUD

BY _/s/ signature_ ; Deputy Clerk
Signature of Issuing Officer

Peter T. Dalleo; Clerk of Court
Name and Title of Issuing Officer

APRIL 5, 2007 at Wilmington, DE
Date



AO83 (Rev. 12/85) Summons in a Criminal Case

## RETURN OF SERVICE

Date

Service was made by me

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant at: _def. appeared for court_

[ ] Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was _____

[ ] Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned  _4-16-07_
Date

_DWThomas_
Name of United States Marshal

_BJ Kabey_
(by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.