IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 07-032 JJF |
| JEFFREY C. WILLIAMS, | : |
| Defendant. | : |

### O R D E R

WHEREAS, the above Defendant having entered a plea of guilty to Count One of the Information pending against him in this Court,

IT IS HEREBY ORDERED that Defendant's Sentencing will be held on **Thursday, July 12, 2007, at 12:30 p.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

April 24, 2007
DATE

/s/ Joseph J. Farnan
UNITED STATES DISTRICT JUDGE



FILED
APR 26 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE